



# MEMORANDUM OPINION

No. 04-11-00168-CV

**IN THE INTEREST OF D.A.R.**, et al.

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-01606
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  April 20, 2011

DISMISSED

A copy of appellant's notice of appeal was filed in this court on March 3, 2011.  The clerk of the court notified the appellant in writing that our records did not reflect that the filing fee in the amount of $175 was paid.  On March 17, 2011, appellant's attorney filed a Motion to Withdraw, stating that the trial court determined appellant is not indigent and, therefore, not entitled to representation by appointed counsel.  Appellant's attorney further stated that he had notified the appellant in writing that the filing fee was due.  On March 22, 2011, we ordered appellant to file written documentation within fifteen days of the date of our order establishing that the filing fee has been paid.  We cautioned appellant that a failure to respond would result in

the dismissal of this appeal for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

Appellant failed to respond to our order; therefore, this appeal is dismissed. *See id*.

PER CURIAM